Kevin J. Clemons
Oak Point Partners, LLC
PO Box 1033
Northbrook, IL  60065
847-481-2496/kevin@oakpointpartners.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | |
| Etoys Direct 1, LLC, | Misc. Proc. No. 19-00201 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| Official Committee of Unsecured Creditors, | |
| Plaintiff(s), | |
| v. | |
| Huffy Corporation d/b/a Huffy Bicycle Company, | |
| Defendant(s). | |

The undersigned hereby certifies that on July 10, 2019, he caused a copy of the *Writ of Execution as well as Request and Verification* to be served on the party listed below:

Kelli E. Lister
Division Counsel
Ohio Department of Commerce
Division of Unclaimed Funds
77 South High St., 20th Fl.
Columbus, Ohio 43215

Respectfully submitted,

By: _____
Kevin J. Clemons
VP, Operations, Oak Point Partners, LLC

B2640 (Form 2640) (12/15)

# United States Bankruptcy Court

<u>Southern</u>   District Of _____<u>Ohio</u>_____

In re ____<u>eToys Direct 1, LLC</u>_____. )
                                    Debtor          )   Case No. <u>19-00201 SDOH</u> (08-13412-BLS D.DE)
                                                    )
                                                    )   Chapter ____11____
<u>Official Committee of Unsecured Creditors</u>___, )
                    Plaintiff                       )
                                                    )
                      v.                            )
<u>Huffy Corporation d/b/a Huffy Bicycle Company</u>__,  )   Adv. Proc. No. <u>10-51670-BLS D.DE</u>
                    Defendant                       )

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| | |
|---|---|
| Name and Address of Judgment Creditor<br><br>Oak Point Partners, LLC, as Assignee of the<br>eToys Direct 1, LLC, et al. Bankruptcy Estate<br>5215 Old Orchard Rd, Suite 1000<br>Skokie, IL 60077 | Amount of Judgment:<br>$ _____18,306.00_____ |

Other Costs:
$ _____250.00_____

vs.

| |
|---|
| Name and Address of Judgment Debtor<br><br>Huffy Corporation d/b/a Huffy Bicycle Company<br>6551 Centerville Pkwy<br>Centerville, OH 45459 |

Date of Entry of Judgment:

_____December 3, 2010_____

TO THE UNITED STATES MARSHAL FOR THE _____<u>Southern</u>_____DISTRICT OF _____<u>Ohio</u>_____:
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

____7/3/2019____
        Date

_____
Clerk of the Bankruptcy Court

I certify that this is a copy of the original
filed _Writ of Execution_
Richard Jones
Clerk Of The Bankruptcy Court
By _____ Deputy Clerk
Issued _July 3, 2019_

## REQUEST AND VERIFICATION

**In Re:  Official Committee of Unsecured Creditors vs. Huffy Corporation d/b/a Huffy Bicycle Company**

Judgment:      $18,556.00
Interest:       $412.80*
Amount Paid:  No amount has been paid against this judgment.

**Total**       **$18,968.80**
*Interest calculated from the date of the judgment (12/3/2010) through 6/21/2019 at a rate of 0.26%, which is the 1-year Treasury Constant Maturity Rate as of the date of the judgment.

Paul Standfield, Vice President of Finance of Oak Point Partners, LLC, as Assignee of the Judgment, requests the issuance of a Writ of Execution for the following funds and any additional funds held up to the total amount outstanding as shown above:

Ohio Department of Commerce, Division of Unclaimed Funds

Claim ID(s):         1324266
Property ID(s):    704697, 1115489, 1157976, 2070550, 4587194, 4587195, 4587196, 4937546, 5142446, 7701610, 10935162, 13615321, 13615322, 13865722, 16108006
Original Owner:   Huffy Corporation d/b/a Huffy Bicycle Company, Huffman Manufacturing Co. (Affiliated with Huffy Corporation), Monark, Inc. (Affiliated with Huffy Corporation)

**Remit Payment to:**

Oak Point Partners, LLC
P.O. Box 1033
Northbrook, IL 60065
Tel: (847) 483-8001
Tax ID: 30-0008093

I declare that the statements above are true to the best of my information, knowledge and belief.

_6/21/19_
Date

_[signature]_

Paul Standfield, Vice President of Finance,
Oak Point Partners, LLC f/k/a Oak Point
Partners, Inc., *as Assignee of the eToys Direct
1, LLC, et al. Bankruptcy Estate, pursuant to
the Purchase Agreement and Assignment of
Claims and Interests between the Parties
dated July 31, 2017*

Subscribed and sworn to me this _21st_ day of June 2019

_Dee M. Bender_
Notary Public

My commission expires _1/30/2020_

Official Seal
Dee M Bender
Notary Public State of Illinois
My Commission Expires 01/30/2020